O'DONNELL & ASSOCIATES PC
PIERCE O'DONNELL (State Bar No. 081298)
ROBERT M. PARTAIN (State Bar No. 221477)
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
Telephone: (213) 347-0290
Fax: (213) 347-0299

Attorneys for Plaintiff
and Putative Class

[Additional Counsel On Signature Block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., and SCHERING-PLOUGH CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-00355-LEW-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

HERE COME the Plaintiff and Defendants, by and through their counsel, and hereby stipulate as follows:

1.      That Plaintiff caused the Complaint, the First Amended Complaint, and the Summons to be served on Defendant Merck & Co., Inc. on February 26, 2008;

2.      That Defendant Merck & Co., Inc. and Schering-Plough Corp. are represented by Reed Smith LLP and Steven Boranian from Reed Smith LLP;

3.      That a hearing before the Judicial Panel on Multidistrict Litigation ("JPML") has been scheduled in Austin, Texas for March 27, 2008 involving the centralization of this, and other, pending actions involving the pharmaceuticals Vytorin and Zetia;

1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

1        4.    That Defendants wish to defer their response to Plaintiff's First Amended

2    Complaint until the conclusion of the JPML hearing.

3

4    Dated: March 4, 2008              O'DONNELL & ASSOCIATES P.C.

5                            By:_____/s/ Robert M. Partain_____

6                               Robert M. Partain, Esq.
                                Pierce O'Donnell, Esq.

7                               O'DONNELL & ASSOCIATES P.C.
                                550 South Hope Street, Suite 1000

8                               Los Angeles, California 90071
                                Tel: (213) 347-0290

9                               Fax: (213) 347-0299

10
     Dated: March 4, 2008              REED SMITH LLP

11

12                           By:_/s/ Steven Boranian (as authorized on 3/5/08)_

13                              Steven Boranian, Esq.
                                REED SMITH LLP

14                              Two Embarcadero Center, Suite 2000
                                San Francisco, California 94111

15                              Tel: (415) 543-8700
                                Fax: (415) 391-8269

16

17   **ORDER**

18       IT IS HEREBY ORDERED that (1) the Defendants shall notify the Court of the decision

19   of the JPML within three business days after the JPML issues its decision; (2) that the time

20   within which the Defendants may answer, move or otherwise respond to the First Amended

21   Complaint in the above matter is hereby extended to a date to be set at the first scheduling

22   conference after the JPML issues its decision; and (3) that if the Defendants file a responsive

23   pleading in any other similar action pending in another federal district court, they shall notify the

24   Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to

25   amend this Order.  Defendants reserve the right to oppose such a motion.

26   IT IS SO ORDERED – 03/06/2008

27                       /s/ Ronald S. W. Lew_____
                         HON. RONALD S.W. LEW, U.S.D.J.

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com